**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

               Plaintiff,               Case No: 10-CR-20290-02-DT

v.

KEEVON DEONTE BLAC-BURTON,

               Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO REVOKE BOND

This matter comes before the court for review of the November 19, 2010, motion filed by the Government to revoke bond as to Defendant for his violations of the conditions of pretrial release. The defendant was arrested by the Detroit Police Department while acting as a lookout for other individuals who had broken into a pharmacy. Therefore,

IT IS ORDERED the Government's Motion to Revoke Bond [ Dkt #24] is GRANTED, the defendant's bond is revoked and a warrant for the arrest of the defendant will be issued.


                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: November 23, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 23, 2010, by electronic and/or ordinary mail.

                                             S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522

S:\Cleland\JUDGE'S DESK\Lisa's Folder\10-20290 BLAC BURTON ORVKBND.wpd